UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLINTON RUSTHOVEN,<br><br>                   Plaintiff,<br><br>vs.<br><br>VICTOR SCHOOL DISTRICT #7,<br><br>                   Defendant. | Case No. CV-14-170-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that Judge Lynch's Findings and Recommendation are ADOPTED IN FULL.  The Complaint is DISMISSED WITH PREJUDICE. Judgment is entered in favor of Defendant and against Plaintiff.

      Dated this 17th day of November, 2014.

                                TYLER P. GILMAN, CLERK

                                By: /s/ Annie Puhrmann
                                Annie Puhrmann, Deputy Clerk